# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 10, 2026

Lyle W. Cayce
Clerk

No. 25-30452

—————

Tyre K. Venious,

*Plaintiff—Appellant*,

*versus*

Elizabeth Murrill, *Louisiana Attorney General*; Gary Westcott, *Secretary Louisiana Department of Public Safety & Corrections*; Robert P. Hodges, *Superintendent Louisiana State Police*; Treone Larvadain, *Deputy Superintendent Louisiana Bureau of Criminal Identification & Information*; Julian C. Whittington, *Bossier Parish Sheriff*,

*Defendants—Appellees*.

—————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:25-CV-686

—————

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

—————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30452

Tyre K. Venious filed suit against various state officials to challenge Louisiana's sex offender registration laws. The district court dismissed. After reviewing Venious's brief and the record, we find no reversible error.

AFFIRMED.